United States District Court for the District of Puerto Rico
Federico Degetau Federal Building
Clemente Ruiz Nazario United States Courthouse
150 Carlos Chardon Street
San Juan, Puerto Rico 00918-1767

INTAKE DROP BOX
RECEIVED & FILED
2017 JAN 18 PM 12:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## COMPLAINT

*Name and address of Plaintiff and the Defendant*

Laura Rivera-Cornish (Pro Se Litigant)
Plaintiff
988 Calle Peregrina
Urbanización Santa Rita
San Juan, Puerto Rico 00925
Vs
The Social Security Administration-Defendant
Office of Disability Adjudication and Review
Room 34-102
26 Federal Plaza
New York, N.Y. 10278

*Jurisdiction*

I am filing this complaint under the following federal laws:

   a) The Americans with Disabilities Act
   b) 42 USC 6102:Prohibition of Discrimination
   c) 42 USC 9501:Bill of Rights:Mental Health Rights and Advocacy
   d) Section 504 of the Rehabilitation Act of 1973
   e) Fair Housing Act
   f) Noise Control Act of 1972
   g) Quiet Communities Act of 1978

I filed a Motion Requesting Appointment Of Counsel since I cannot proceed as a Pro Se Litigant due to health reasons. I have chronic health conditions that will exacerbate by the stress of carrying a case on my own, that is why I am under the social security disability insurance income and the proof is in my medical record.
I am requesting this case to remain seal because I don't want my medical record and my chronic health conditions listed as public record.

According to the United States District Court of Puerto Rico Civil Pro Se Litigant Guidebook, the court takes into consideration that I am a pro se litigant as I draft this legal document. "Do not worry that your COMPLAINT is not professionally written. The court will take into consideration that you are a PRO SE LITIGANT and untrained in drafting legal documents." Civil Pro Se Litigant Guidebook March 2015 page 4

*My claims against the Social Security Administration*

The Social Security Administration (SSA) is discriminating against me due to my age. SSA has denied my application for my ex-husband's, Theodore Frederick Cornish-Bennett (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), social security insurance income. SSA's five criterias to give a divorced wife with disability or disabilities her ex-husband's social security insurance income are the following:marriage that lasted 10 years or longer;unmarried;age 50;the divorcee disabled wife benefits are less than the ex-spouse's benefits; and the ex-spouse is entitled to Social Security retirement or disability benefits.

I received less than $400.00 a month in social security disability insurance income and my medical record states that I am unable to engage in substantial and gainful activity(work). My residual functional capacity is for me to survive on a daily basis. My chronic health conditions are listed on the Social Security Blue Book under the following categories:

a)1.00 Musculoskeletal System;
b)3.00 Respiratory Disorders;
c)5.00 Digestive System;
d)9.00 Endocrine Disorders and
e)12.00 Mental Disorders

I need to find permanent and safe housing but I cannot pay rent, utilities and maintenance with $354.00 a month social security disability income. I live in parsonage housing so I need to move so the new pastoral family can move in and make use of the housing.
I have tried for years to get housing through the Puerto Rico Housing Department but I never got housing for a person in my situation.
I need to pay Medicare parts B,C and D. Medicare has four parts which are the following:
Part A: Hospital/Hospice Insurance (free)
Part B:Medical Insurance

Part C:Medicare Advantage
Part D:Prescription Drug Plans
Medicaid assigned co-payments I cannot pay in order to get all the medical care I need and they don't have all the health professionals I need to see. On another note, getting referrals through the Medicaid Puerto Rico system is a unhealthy endeavour.
The Social Security Administration has not given follow up to my case with blood tests, MRI and CT Scan and no medical physical evaluation for years now.

It is my understanding that my ex-husband, Theodore Frederick Cornish-Bennett (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) can received his father's and/or mother's social security insurance income if the need arises, as well as Supplemental Security Income (SSI). SSI is only given in the 50 states, the District of Columbia and the Commonwealth of the Northern Mariana Islands.

The Social Security Administration in its publication, "What Every Woman Should Know" make reference to the following:economic security and protection for women,food and shelter provided, pay medical and dental bills not covered by health insurance, personal needs(money) and recreation(money).

*Relief I seek*

I need my ex-husband's,Theodore Frederick Cornish-Bennett (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), social security insurance income because it is higher than my social security disability insurance income. I was married for more than 10 years, I am not married and he is entitled to social security retirement or disability benefits. The only criteria I don't fullfill is the age one because I am not 50 years old but 45.

I am seeking justice for all the years of overall health distress the Social Security Administration has put me through in not providing economic security and protection.The SSA letters come unsigned so I don't know who is responsible for my case.
I don't know if the justice I am seeking is the changing of the age law requirement in the Social Security Act and/or monetary compensation judgement. I am going to let the honorable judge decide which is just.

Respectfully submitted,

*Laura Rivera-Cornish*

Laura Rivera-Cornish
stepsinprogress@gmail.com