IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LAURA RIVEA-CORNISH

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, et al,

    Defendant.

CIVIL NO.: 16-3152 (MEL)

**JUDGMENT**

In light of the court's order (ECF No. 29), granting plaintiff's motion for voluntary dismissal, the court hereby enters judgment DISMISSING WITHOUT PREJUDICE the complaint.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 27th day of March, 2017.

                                            s/Marcos E. López
                                            U.S. Magistrate Judge